**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OSCAR ANTONIA FLORES PACHECO,

                          Petitioner,                    26 **CIVIL** 0640 (JPC)

        -against-                                        **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                          Respondents.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 10, 2026, Flores Pacheco's Petition for a

writ of habeas corpus is denied; accordingly, the case is closed.

**DATED:** New York, New York
            February 13, 2026


                                                    **TAMMI M. HELLWIG**
                                        _____
                                                    **Clerk of Court**


                                BY:     _____
                                                    **Deputy Clerk**